# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

**GRISSEL RODRIGUEZ MEDINA**　　　　　CASE 08-04091 GAC

**DEBTOR**　　　　　CHAPTER 13

........................................................................................................

## DEBTOR'S POST CONFIRMATION AMENDMENT OF CHAPTER 13 PLAN

**TO THE HONORABLE COURT:**

COMES NOW, Debtor in the above-captioned case, hereby amends the Chapter 13 Plan in this case. The grounds for the modification of the plan is **to include post petition mortgage arrears with Doral Bank and arrears with Chapter 13 plan because Debtor had health problems and incurred in extraordinary expenses.** (See evidence attached)

## NOTICE

"NOTICE IS HEREBY GIVEN TO ALL CREDITORS AND PARTIES IN INTEREST, THAT PURSUANT TO LOCAL BANKRUPTCY RULE 9013, IF NO RESPONSE IS FILED TO THIS MOTION WITHIN TWENTY (20) DAYS OF NOTICE HEREOF, THE COURT MAY APPROVE AND GRANT THE FOREGOING AMENDMENT OF THE PLAN WITHOUT ANY FURTHER HEARING."

*I hereby certify* that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov, Chapter 13 Trustee, Alejandro Oliveras, at aorecf@ch13sju.com and by depositing true and correct copies thereof in the United States Mail., to the non CM/ECF participants and parties in interest that have filed notices of appearance pursuant to G.O. 05-09, included in the service list attached to the original hereof.

*In Arecibo, Puerto Rico, this 10th day of December, 2008.*

/s/Félix M. Zeno Gloró
FELIX M ZENO GLORO
USDC 124212
BOX 1945 ARECIBO PR 00613
TEL 879-1760; FAX 1-866-563-7136
tribunal@zenogloro.com

cjd

United States Bankruptcy Court
District of Puerto Rico

IN RE: GRISSEL RODRIGUEZ MEDINA

Case No. 08-04091 GAC

Chapter _____

Debtor(s)

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☒ POST-CONFIRMATION

☒ AMENDED PLAN DATED: **December 16, 2008**
Filed by: ☒ Debtor ☐ Trustee ☐ Other

## I. PAYMENT PLAN SCHEDULE

$ **In the first 5 months** = $ **340.00**
$ **then $200.00** x **55** = $ **11,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **11,340.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **11,340.00**

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,935.00 + $350.00**

Signed: X _Grissel Rodriguez_
Debtor

Joint Debtor

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☒ Trustee pays secured ARREARS:
Cr. **DORAL**       Cr. **DORAL**       Cr. _____
# **2 PRE PET.**    # **POST PET.**     # _____
$ **4,586.62**      $ **1,046.96**      $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____   Cr. _____   Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
4. ☒ Debtor SURRENDERS COLLATERAL to Lien Holder:
**SHARES WITH COOPACA**
5. ☐ Other: _____

6. ☒ Debtor otherwise maintains regular payments directly to:
**DORAL**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2) **IRS #1-4 $1,054.42 HAC. #4 $217.19**
D. UNSECURED CLAIMS: Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
    ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)

Attorney for Debtor **FELIX M ZENO GLORO**        Phone: **(787)879-1760**

CHAPTER 13 PAYMENT PLAN

cjd

## Manatí Medical Center
DR. OTERO LÓPEZ
SALA DE OPERACIONES

### INSTRUCCIONES POST-OPERATORIAS
### CIRUGÍA AMBULATORIA

Fecha del Procedimiento: **3 dic 0F**  Hora: **1:10** ☐ AM ☑ PM

Procedimiento Quirúrgico: _Dilatación + Curetaje, Hysteroscopy, Cone Biopsy_  Médico que lo realiza: _Dr. Ortiz Colón_

☑ Paciente / Familia ha sido instruido y recibido una copia de este formato _LEEP_

**Después de la Anestesia:**

☑ General/Sedantes Intravenosos/(Espinal). Posiblemente usted sienta mareos, dolor de cabeza y/o vómitos. No consuma bebidas alcohólicas durante las primeras 24 horas después de la Cirugía.
No ejecute actividades que requieran estar alerta, tales como conducir automóvil, operar máquinas o equipos eléctricos y subir o bajar escaleras.

☑ Local: Puede que usted sienta adormecimiento en el lugar de la operación y/o sensación de incomodidad, a medida que pasa el efecto de la anestesia.

**Actividades Físicas:**
☐ Similar al de antes de la Cirugia
☑ Reposo durante las primeras 24 horas después de la intervención quirúrgica.
☑ No realizar esfuerzo físico por **7** dias.
☐ Otros _____

**Cuidado de la Intervención Quirúrgica:**

Informe al médico si siente alguna incomodidad o si observa presencia de sangre o drenaje de líquido en el área de la herida.
☐ No cambie los apósitos (vendajes) antes de la primera visita médica post-operatoria
☐ Asegure los apósitos cuando sea necesario
☐ Cambie los apósitos (curación) cuando sea necesario
☐ Cambie el apósito 24 horas luego de la cirugia
☐ Limpie la herida con agua y jabón

La condición del paciente al momento del alta en el manejo del dolor es: ☑ Tolerante

**Uso de Medicamentos:**

☑ Si el dolor progresara y/o persiste consulte con su médico (nombre): _Dr. Ortiz Colón_
Teléfono: **854-3700** o pasar por Sala de Emergencia
Medicamentos: (Incluya nombre del medicamento, dosis vía y frecuencia) _Naproxen 2 tab q 4 horas_

**Dieta:**
☑ Comience con comidas líquidas durante las primeras 24 horas.
☐ Consuma los mismos alimentos que antes de la operación.

Otras Instrucciones: _Cita próxima Dr Ortiz Colón en semana 2 3 ___ ___ llamar. No tomar ___ de sueno ___ llamada telefónica ___ ___ Observar ___ dar ___ temperatura elevada, ___ pasar de emergencia_

_____ Firma Paciente / Familia                    _____ Firma Enfermera/o

INS-POS.OP/REV. ABRIL 2005/AS-GV-KSL/DISC. #10 FORMATOS REV. (MICROSOFT WORD)

**08-04091-GAC13** GRISSEL RODRIGUEZ MEDINA
Case type: bk Chapter: 13 Asset: Yes Vol: v Chief Judge: GERARDO CARLO ALTIERI
Date filed: 06/26/2008 Plan confirmed: 09/24/2008 Date of last filing: 12/15/2008

# Creditors

| | |
|---|---|
| **CITIFINANCIAL**<br>7 CALLE MUNOZ RIVERA<br>LARES, PR 00669-2421 | (2586700)<br>(cr) |
| **COOPACA**<br>COOP AHORRO Y CREDITO ARECIBO<br>PO BOX 1056<br>ARECIBO, PR 00613-1056 | (2586701)<br>(cr) |
| **DEPARTAMENTO DE HACIENDA**<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | (2586702)<br>(cr) |
| Department of Treasury<br>Bankruptcy Section (424-B)<br>PO Box 9024140<br>San Juan, PR 00902-4140 | (2629056)<br>(cr) |
| **DORAL BANK**<br>PO BOX 71528<br>San Juan, PR 00936-8628 | (2586703)<br>(cr) |
| Doral Bank<br>PO Box 70308<br>San Juan, PR 00936-8308 | (2599713)<br>(cr) |
| **IRS-MERCANTIL PLAZA BUILDING**<br>2 PONCE DE LEON AVENUE, SUITE 1014<br><br>SAN JUAN, PR 00918-1693<br>Payments should be sent to:<br>Insolvency Remittance<br>PO Box 21125, Philadelphia, PA 19114-0325 | (2586704)<br>(cr) |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 12/16/2008 17:01:49 |||
| **PACER Login:** | fz0002 | **Client Code:** |
| **Description:** | Creditor List | **Search Criteria:** | 08-04091-GAC13 Creditor Type: All |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |