IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

GRISSEL RODRIGUEZ MEDINA

XXX-XX-0830

Debtor(s)

CASE NO. 08-04091 GAC

Chapter 13

FILED & ENTERED ON 05/28/2009

### ORDER DISMISSING CASE

Upon the trustee's application for dismissal of the above captioned case on the grounds that the debtor(s) failed to comply with the plan and the payments required thereunder, and the debtor(s) having failed to timely reply to said motion,

IT IS ORDERED that this case shall be, and it hereby is, DISMISSED.

IT IS FURTHER ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding pending in the instant case. The Clerk shall notify this order. The ten-day period for filing a motion to alter or amend this order, pursuant to Fed. R. Bankr. P. 9023, or to file a notice of appeal, pursuant to Fed. R. Bankr. P. 8002(a), shall commence to run upon notice of entry of this order.

SO ORDERED.

San Juan, Puerto Rico, this 28 day of May, 2009.

Gerardo A. Carlo Altieri
U.S. Bankruptcy Judge

cc: All creditors